UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

In re:      Case No. 24-12263-AMC
Chapter 13

**GLENN HALL**

    ***WITHDRAWAL OF***
Debtor(s).     ***PROOF OF CLAIM NO. 2***

---

Exeter Finance LLC c/o AIS Portfolio Services, LLC, by its undersigned attorney in fact, hereby withdraws its Proof of Claim that was filed on 07/11/2024, 2024 as Claim No. 2.

Dated: August 6, 2024     STEWART, ZLIMEN & JUNGERS

    By  /s/Bradley J. Halberstadt
    Bradley J. Halberstadt, Attorney in Fact
    c/o Stewart, Zlimen & Jungers, Ltd.
    2860 Patton Road
    Roseville, MN  55113
    Phone:  651-366-6380, Ext. 111
    Fax:  651-366-6383
    E-Mail:  brad@szjlaw.com