UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Glenn Hall<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.24-12263-AMC |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 4th day of November, 2024, by first class mail upon those listed below:

Glenn Hall
5 Little John Circle
Avondale, PA  19311

**Electronically via CM/ECF System Only:**

GARY E THOMPSON ESQ
882 S MATLACK STREET
SUITE 101
WEST CHESTER, PA  19382

                                                              */s/ Kristen Gliem*
                                                              Kristen Gliem
                                                              for
                                                              Scott F. Waterman, Esquire
                                                              Standing Chapter 13 Trustee